IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **DISABILITY RIGHTS NEW JERSEY** | : | |
| 210 South Broad Street, 3rd Floor | : | Case No. 2:22-cv-01240 |
| Trenton New Jersey 08608 | : | |
| | : | Judge: Brian R. Martinotti |
| **Plaintiff,** | : | |
| | : | Magistrate Judge: James B. |
| v. | : | Clark, III |
| | : | |
| **ALLIANCE HC 11 LLC** | : | |
| **d/b/a WOODLAND BEHAVIORAL** | : | |
| **AND NURSING CENTER** | : | |
| 99 Mulford Road | : | |
| Andover, New Jersey 07821 | : | |
| | | |
| **Defendant.** | | |

## STIPULATION OF DISMISSAL, WITH PREJUDICE

Plaintiff Disability Rights New Jersey ("DRNJ") and Defendant Alliance HC 11, LLC d/b/a Woodland Behavioral and Nursing Center ("Alliance") through their respective counsel and pursuant to Fed. R. Civ. P. 41, stipulate and agree that any and all claims asserted by, or that could have been asserted by, DRNJ against Alliance are hereby dismissed, with prejudice. Each party shall bear its own court costs and attorney's fees.

Dated: January 11, 2023

Respectfully Submitted:

| | |
|---|---|
| */s/ Javier L. Merino* | */s/ Peter Slocum (via email consent 1/10/23)* |
| Javier L. Merino, Esq. | Peter Slocum, Esq. |
| Andrew R. Wolf, Esq. | Lowenstein Sandler, LLP |
| The Dann Law Firm, PC | One Lowenstein Drive |
| 1520 U.S. Highway 130, Suite 101 | Roseland, NJ 07068 |
| North Brunswick, NJ 08902 | Telephone: (973) 597-6198 |
| Telephone: (216) 373-0539 | pslocum@lowenstein.com |
| Facsimile: (216) 373-0536 | |
| notices@dannlaw.com | *Counsel for Defendant, Alliance HC 11, LLC d/b/a Woodland Behavioral and Nursing Center* |
| *Counsel for Plaintiff Disability Rights of New Jersey* | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2023, a copy of the foregoing *Stipulation Of Dismissal, With Prejudice* was served electronically on the date of filing through the Court's ECF system and on all ECF participants registered in this case at the email address registered with the Court.

*/s/ Javier L. Merino*
Javier L. Merino, Esq.

**SO ORDERED:**

_____
**BRIAN R. MARTINOTTI, U.S.D.J**
**Dated:** 01/12/2023